United States District Court
Southern District of Texas
**ENTERED**
September 27, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Richard J. Moreno,<br>*Plaintiff,*<br><br>v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of the Social<br>Security Administration,<br>*Defendant.* | § § § § § § § § § § § § | Civil Action No. 4:17-CV-02164 |

## ORDER OF ADOPTION

On September 6, 2018, Magistrate Judge Peter Bray issued a memorandum and recommendation (Dkt. 16), recommending that Morenos's motion for summary judgment be granted in part and denied in part. No timely objections were filed.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the memorandum and recommendation as this Court's opinion. The Commissioner's final decision is reversed and the case is remanded.

Signed at Houston, Texas this 26 day of September, 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE